UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE DANA HANSON,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF PRISONS,<br><br>Defendant. | Case No. 24-cv-07170-PCP<br><br>**ORDER ACKNOWLEDGING VOLUNTARY DISMISSAL**<br><br>Re: Dkt. Nos. 5, 6 |

Plaintiff Denise Dana Hanson, a *pro se* prisoner at FCI Pekin, sent the Court a letter raising several claims about her medical treatment and conditions of confinement at various correctional institutions. In an effort to protect her rights, a new action was opened and the letter was filed on October 15, 2024. Dkt. No. 1. Plaintiff has since notified the Court that she did not intend to file a new complaint and requests dismissal of the action, which the Court construes as notice of a voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1). See Dkt. Nos. 5, 6.

A plaintiff has the absolute right to dismiss his or her action by filing a notice of dismissal "at any time before services by the adverse party of an answer or of a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Said dismissal is "without prejudice" unless otherwise stated by the plaintiff. Fed. R. Civ. P. 41(a)(1); *Humphreys v. United States*, 272 F.2d 411, 412 (9th Cir. 1959).

Plaintiff's notice of dismissal meets the criteria under Federal Rule of Civil Procedure 41(a)(1). Accordingly, this case is DISMISSED without prejudice.

///

///

///

1   The Clerk shall terminate all pending motions and close the file.

2   **IT IS SO ORDERED.**

3

4   Dated: December 4, 2024

_____

P. CASEY PITTS
United States District Judge